KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6838
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00675 SI |
|      Plaintiff, | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| RICARDO A. CASTILLO, | ) | |
| aka Carlos Sanchez Mendoza, | ) | |
|      Defendant. | ) | |

TO:    The Honorable Joseph C. Spero, United States Magistrate Judge of the United States

District Court for the Northern District of California:

      The petition of Nahla Rajan, Special Assistant United States Attorney for the Northern District

of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for

the person of prisoner RICARDO A. CASTILLO, whose place of custody and jailor are set forth in

the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in

the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as

1   presented.

2

3   DATED: _____                    Respectfully Submitted,

4                                            KEVIN V. RYAN
                                             United States Attorney
5

6                                            _____/S/_____
7                                            NAHLA RAJAN
                                             Special Assistant United States Attorney
8

9

10  **IT IS SO ORDERED.**

11

12

13  DATED:  January 4, 2006                  _____
                                             HONORABLE JOSEPH C. SPERO
14                                           United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT AD PROSEQUENDUM                 2
CR 05-00675 SI

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:    FEDERICO L. ROCHA, United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the Sierra Conservation Center, Jamestown, California.

**GREETINGS**

WE COMMAND that on January 27, 2006, at 9:30 a.m, you have and produce the body of RICARDO A. CASTILLO in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Joseph C. Spero, 15th Floor, 450 Golden Gate Avenue, San Francisco, California  94102, so RICARDO A. CASTILLO may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of RICARDO A. CASTILLO, and further to produce RICARDO A. CASTILLO at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 4, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Karen L. Hom*
_____

WRIT AD PROSEQUENDUM
CR 05-00675 SI

3

1

DEPUTY CLERK

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28