KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0675 SI |
|     Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
|     v. | (18 U.S.C. § 3161 (h)(8)(A)) |
| RICARDO A. CASTILLO, aka Carlos Sanchez Mendoza, | |
|     Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter January 31, 2006 for defendant's arraignment on the indictment before the Honorable Joseph C. Spero.

    2. On January 31, 2006, the matter was continued until February 17, 2006 for initial appearance before the Honorable Susan Illston. On February 17, 2006, the matter was continued to March 24, 2006. On March 24, 2006, the matter was again continued to April 21, 2006.

    3. On March 24, 2006, Assistant Public Defender Steven Kalar, who represents the defendant, requested an exclusion of time from March 24, 2006 to April 21, 2006, based on effective preparation of counsel. The parties moved that this same time period be excluded from

1  the calculation of time under the Speedy Trial Act.

2      3. In light of the foregoing facts, the failure to grant the requested exclusion would

3  unreasonably deny counsel for the defense the reasonable time necessary for effective

4  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),

5  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.

6  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §

7  3161(h)(8)(A).

8      4. For the reasons stated, the time period from March 24, 2006 through April 21, 2006

9  shall be excluded from the calculation of time under the Speedy Trial Act.

10     IT IS SO STIPULATED.

13 DATED: _____         Respectfully Submitted,

15           /S/
16         NAHLA RAJAN
        Special Assistant United States Attorney

18 DATED: _____         /S/
19         STEVEN KALAR
        Counsel for Ricardo A. Castillo

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 DATED: _____      /s/ Susan Illston
        HONORABLE SUSAN ILLSTON
        United States District Judge

STIPULATION AND PROPOSED ORDER    2
CR 05-0675 SI